UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 11 |
| --- | --- |
| McQUILLEN PLACE COMPANY, LLC, | CASE NO. 19-00507M |
| Debtor(s). | |

| McQUILLEN PLACE COMPANY, LLC, | ADV. NO. 19-09035 |
| --- | --- |
| Plaintiff, | APPEARANCE |
| v. | |
| FIRST SECURITY BANK & TRUST CO., | |
| Defendant. | |

COMES NOW Larry S. Eide of the law firm of Pappajohn, Shriver, Eide & Nielsen P.C., and appears in this matter as attorney for the Defendant First Security Bank & Trust Company.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)
PAPPAJOHN, SHRIVER, EIDE & NIELSEN P.C.
103 East State Street, Suite 800
PO Box 1588
Mason City, IA 50402-1588
Telephone: (641) 423-4264
Facsimile: (641) 423-3145
Email: eide@pappajohnlaw.com

CERTIFICATE OF SERVICE

The undersigned, Larry S. Eide, certifies that on February 25, 2020, he served a copy of the foregoing document on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties: NONE.

/s/ Larry S. Eide
Larry S. Eide (AT0002317)